UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDON WRIGHT,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Possession of Machineguns)

On or about November 21, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

BRANDON WRIGHT

knowingly possessed one or more of the following machineguns, knowing that each machinegun shot, and was designed and intended solely and exclusively for use in converting a weapon to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger:

1. An AR-15 drop-in auto sear;
2. An Action Arms, LTC Uzi Model A 9mm firearm; and
3. A TommyBuilt Tactical LLC T36 Multi Cal. firearm.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)

**COUNT 2**

(Possession of National Firearms Act Firearms Unidentified by Serial Number)

On or about November 21, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

BRANDON WRIGHT

knowingly possessed one or more of the following firearms, none of which were identified by serial number as required by Chapter 53 of Title 26 of the United States Code:

1. A silencer consisting of a silver cylindrical device of approximately 9 $^{5}/_{8}$ inches in length with a diameter of approximately 1 $^{5}/_{8}$ inches;
2. A silencer consisting of a black cylindrical device of approximately 9 $^{5}/_{8}$ inches in length with a diameter of approximately 1 $^{3}/_{4}$ inches; and
3. A silencer consisting of a black cylindrical device of approximately 9 $^{7}/_{8}$ inches in length with a diameter of approximately 2 inches.

26 U.S.C. § 5861(i)
26 U.S.C. § 5845(a)
26 U.S.C. § 5871

**COUNT 3**

(Possession of Unregistered Destructive Devices)

On or about November 21, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

BRANDON WRIGHT

knowingly possessed a firearm, that is, at least one destructive device, as defined at Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(A), which was not registered to him in the National Firearms Registration and Transfer Record as required by law. Specifically, the defendant possessed one or more 37mm Armor Piercing High Explosive -Tracer (APHE-T) projectiles.

26 U.S.C. § 5861(d)
26 U.S.C. § 5841
26 U.S.C. § 5871

**COUNT 4**

(Unlawful Carrying Away of Firearms from a Federal Firearms Licensee)

Between in or about May of 2023 and in or about November of 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

BRANDON WRIGHT

knowingly stole and unlawfully carried away at least one firearm from Business 1, which constituted the premises of a person who was licensed to engage in the business of dealing in firearms, and the firearm had been previously shipped and transported in interstate or foreign commerce.

The firearms that the defendant stole and unlawfully carried away, each of which was previously shipped and transported in interstate commerce, include, but are not limited to, the following:

1. A Beretta 1301 Tactical;
2. A Bushmaster XM15-E25;
3. A Century Arms AP5-P;
4. A Cimarron 1887;
5. A Colt 1911;
6. Another Colt 1911,
7. A DK Production Group BD38;
8. A FEG 91/30
9. A Glock 17 G2;
10. A Glock 17C;
11. A Glock 17L;

12. A Glock 19 G3;
13. A Glock 19C;
14. A Glock 19X;
15. An H&R M16A1;
16. An H&R M16A2;
17. An Ice House MFG IHMRPD-S;
18. An Izhevsk 91/30;
19. An Izhevsk SVT40;
20. A Maadi ARM;
21. A Molot FM-RPK47-33;
22. A Molot VEPPR-54539;
23. A New England Westinghouse M91;
24. A Norinco MAK90;
25. A Norinco NDM86;
26. A Pioneer Arms PM63C;
27. A Remington 1914;
28. A Remington 700;
29. Another Remington 700;
30. A Remington 870;
31. A Romarm WASR-10;
32. A Ruger Precision;
33. A SAKO M28;
34. A SAKO 91/30;
35. A Sig Sauer Sig 516

36. A Springfield Armory SAR-48;

37. A Tommy Built TMP;

38. A Tula 91/30; and

39. A Winchester 9422.

18 U.S.C. § 922(u)
18 U.S.C. § 924(i)

**FORFEITURE ALLEGATION 1**
(Count 1 – Possession of Machineguns)

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(o) set forth in this Indictment,

BRANDON WRIGHT

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, the following firearms:

1. An AR-15 drop-in auto-sear;
2. An Action Arms, LTC Uzi Model A 9mm firearm; and
3. A TommyBuilt Tactical LLC T36 Multi Cal. firearm.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(o)

## FORFEITURE ALLEGATION 2

(Count 2 – Possession of NFA Firearms Unidentified by Serial Number)
(Count 3 – Possession of Unregistered Destructive Devices)

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 26 U.S.C. § 5861(i) and/or § 5861(d) set forth in Count 2 and/or Count 3 of this Indictment,

BRANDON WRIGHT

shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense, including, but not limited to the following property:

1. A silencer consisting of a silver cylindrical device of approximately 9 5/8 inches in length with a diameter of approximately 1 5/8 inches;
2. A silencer consisting of a black cylindrical device of approximately 9 5/8 inches in length with a diameter of approximately 1 3/4 inches;
3. A silencer consisting of a black cylindrical device of approximately 9 7/8 inches in length with a diameter of approximately 2 inches; and
4. Any destructive device, as defined at Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(A), which was not registered to the defendant in the National Firearms Registration and Transfer Record as required by law, to include three 37mm Armor Piercing High Explosive -Tracer (APHE-T) projectiles.

26 U.S.C. § 5872
28 U.S.C. § 2461(c)
26 U.S.C. § 5861(i)
26 U.S.C. § 5861(d)

**FORFEITURE ALLEGATION 3**
(Count 4 - Unlawful Carrying Away of Firearms)

The allegations contained in Count 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(u) set forth in Count 4 of this Indictment,

BRANDON WRIGHT

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, the following firearms:

1. A Beretta 1301 Tactical shotgun;
2. A Bushmaster XM15 rifle;
3. A Century Arms AP5-P pistol;
4. A Cimarron 1887 shotgun;
5. A Colt 1911 pistol;
6. Another Colt 1911 pistol;
7. A DK Production Group BD38 9mm firearm;
8. A FEG 91/30 rifle;
9. A Glock 17 G2 pistol;
10. A Glock 17C pistol;
11. A Glock 17L pistol;
12. A Glock 19 G3 pistol;
13. A Glock 19C pistol;

14. A Glock 19X pistol;
15. An H&R M16A1 rifle;
16. An H&R M16A2 rifle;
17. An Ice House MFG IHMRPD-S firearm;
18. An Izhevsk 91/30 rifle;
19. An Izhevsk SVT40 rifle;
20. A Maadi ARM rifle;
21. A Molot FM-RPK47-33 rifle;
22. A Molot VEPPR-54539 rifle;
23. A New England Westinghouse M91 rifle;
24. A Norinco MAK90 rifle;
25. A Norinco NDM86 rifle;
26. A Pioneer Arms PM63C pistol;
27. A Remington 1914 rifle;
28. A Remington 700 rifle;
29. Another Remington 700 rifle;
30. A Remington 870 shotgun;
31. A Romarm WASR-10 rifle;
32. A Ruger Precision rifle;
33. A SAKO M28 rifle;
34. A SAKO 91/30 rifle;
35. A Sig Sauer Sig 516 rifle;
36. A Springfield Armory SAR-48 rifle;
37. A Tommy Built TMP pistol;

38. A Tula 91/30 rifle; and

39. A Winchester 9422 rifle.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(u)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

AUSTIN J. HAKES
Assistant United States Attorney